IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew C. Elfring,  Case No. 3:08CV1599

    Plaintiff

v.  ORDER

Comm'r of Social Security,

    Defendant

This is a social security disability case in which the United States Magistrate Judge has filed a Report and Recommendation recommending that the decision of the Commissioner denying the plaintiff's claim for disability insurance benefits. [Doc. 18].

Neither party has filed an objection to the report, which is, accordingly, subject to affirmance on the basis of a want of objection.

I have, nonetheless, reviewed the record and report *de novo*, and I concur in the Magistrate Judge's determination that substantial evidence supports the denial of benefits.

It is, therefore,

ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the order of this Court.

The Clerk shall enter judgment accordingly.

So ordered.

                              s/James G. Carr
                              James G. Carr
                              Chief Judge